FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARRY K. BROWN,<br><br>      Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE HOME LOANS, INC., a California corporation; BANK OF AMERICA, N.A., a national bank doing business in Washington state; NORTHWEST TRUSTEE SERVICES, INC., a trustee doing business in Washington state; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., aka MERS, a corporation doing business in Washington state; FIRST AMERICAN TITLE COMPANY, successor in interest to Pacific Northwest Title Company, a Trustee doing business in Washington state; NATIONSTAR MORTGAGE, LLC, a limited liability company; and DOES 1-100, inclusively and All Persons Unknown, Claiming Any Legal Or Equitable Right, Title, Estate, Lien, Or Interest In The Property Described In The Complaint Adverse To Plaintiff's Title, Or Any Cloud On Plaintiff's Title Thereto,<br><br>      Defendants. | No.   2:15-CV-0199-SMJ<br><br>**ORDER DISMISSING FIRST AMERICAN TITLE COMPANY AS A DEFENDANT WITHOUT PREJUDICE** |

ORDER - 1

Before the Court, without oral argument, is Defendant First American Title Company's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Upon Which Relief can be Granted, ECF No. 17.  Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion.

A pleading that states a claim for relief must contain a short and plain statement of the claim showing that the pleader is entitled to relief.  Fed. R. Civ. Proc. 8(a)(2). First American's name appears exactly once in the complaint—in the caption. Because the complaint fails to state a short and plain statement of the claim against First American, First American is dismissed from the action without prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1.    Defendant First American's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Upon Which Relief can be Granted, **ECF No. 17**, is **GRANTED**.

2.    First American Title Company is **DISMISSED WITHOUT PREJUDICE**.

3.    The Clerk's Office is directed to **AMEND** the caption to read:

BARRY K. BROWN,

Plaintiff,

v.

ORDER - 2

COUNTRYWIDE HOME LOANS, INC., a California corporation; BANK OF AMERICA, N.A., a national bank doing business in Washington state; NORTHWEST TRUSTEE SERVICES, INC., a trustee doing business in Washington state; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., aka MERS, a corporation doing business in Washington state; NATIONSTAR MORTGAGE, LLC, a limited liability company; and DOES 1-100, inclusively and All Persons Unknown, Claiming Any Legal Or Equitable Right, Title, Estate, Lien, Or Interest In The Property Described In The Complaint Adverse To Plaintiff's Title, Or Any Cloud On Plaintiff's Title Thereto,

Defendants.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 25th day of March 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge